IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELEWARE

| | |
|---|---|
| DAIMLERCHRYSLER CORPORATION, ) ) ) | |
| Plaintiff, ) ) | CIVIL ACTION FILE NO. |
| v. ) ) | |
| RHONDA FLOWERS, ) ) | |
| Defendant. ) | |

**DAIMLERCHRYSLER CORPORATION**
**RULE 7.1(a) DISCLOSURE STATEMENT**

COMES NOW, the DaimlerChrysler Corporation, pursuant to the Federal Rules of Civil Procedure 7.1(a), hereby states as follows:

DaimlerChrysler Corporation is a wholly owned subsidiary of DaimlerChrysler Motors Company, LLC, which is a wholly owned subsidiary of DaimlerChrysler North America Holding Corporation, which is a wholly owned subsidiary of DaimlerChrysler AG.  DaimlerChrysler AG is a German Corporation whose stock is publicly traded.

1