ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELEWARE

| | | |
|---|---|---|
| DAIMLER CHRYSLER CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION FILE NO. |
| v. | ) ) ) | 0 7 - 8 0 |
| RHONDA FLOWERS, | ) ) | |
| Defendant. | ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of <u>John D. Kolb</u> to represent <u>Daimler Chrysler Corporation</u> in this matter.

Signed: _____

Ronald Drescher, Esq. (DE Bar Identification Number - 4087)
Drescher & Associates
4 Reservoir Circle, Suite 107
Baltimore, Maryland 21208

Date: Feb 12, 2007

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____          _____
                                United States District Judge

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Kentucky and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____        Date: 2/9/2006
John D. Kolb

Gibson & Sharps, PSC
1930 Bishop Lane, Suite 1500
Louisville, Kentucky 40218
Telephone:    (502) 515-6125
Facsimile:    (502) 454-1064
john.kolb@gibson-sharpslaw.com

1