

FILED

FEB 20 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned (CD)

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____ 0 7 - 8 0 _____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____ 2 _____ COPIES OF AO FORM 85.

MAILED  2/13/07
(Date forms issued)

_____
(Signature of Party or their Representative)

Ronald J. Drescher
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action

Please sign + return to Clerk of Court —

PETER T. DALLEO, CLERK
UNITED STATES DISTRICT COURT
344 KING STREET, LOCKBOX 18
WILMINGTON, DE 19801